614 A.2d 234

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Howard J. CASPER, Respondent.

Supreme Court of Pennsylvania.

Oct. 1, 1992.

ORDER

PER CURIAM:

AND NOW, this 1st day of October, 1992, there having been filed with this Court by Howard J. Casper his verified Statement of Resignation and Addendum thereto dated June 24, 1992, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Howard J. Casper be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.